**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARVIN EDGARDO RIVERA-ROMERO<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF FEDERAL CORRECTIONAL INSTITUTION LEWISBURG, *et al.*,<br><br>Respondents. | : | Civil No. 1:26-CV-01853<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**<u>ORDER</u>**

**AND NOW**, on this 15th day of October, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** judgement is entered in favor of Petitioner and the Clerk of Court shall close this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania